Jason A. Geller (SBN 168149)
E-Mail: jgeller@fisherphillips.com
Juan C. Araneda (SBN 213041)
E-Mail: jaraneda@fisherphillips.com
Elizabeth T. Ferguson (SBN 318934)
E-Mail: etferguson@fisherphillips.com
FISHER & PHILLIPS LLP
1 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
WALMART INC.

Steven M. Chizen (SBN 329160)
E-Mail: steven.chizen@chizenlaw.com
CHIZEN LAW, PROFESSIONAL CORPORATION
5111 Telegraph Avenue, Suite 301
Oakland, CA 94609
Telephone: (510) 545-9556

Attorneys for Plaintiff
ALEXIS GINSBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXIS GINSBERG,

Plaintiff,

v.

WALMART INC.; and DOES 1 through 20, inclusive,

Defendants.

CASE NO.: 4:25-cv-10036-HSG

*[Removed from San Mateo County Superior Court, Case No. 25-CIV-07786]*

**STIPULATION FOR DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii); ORDER**

Complaint Filed: October 6, 2025
Trial Date: February 22, 2027

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ALEXIS GINSBERG (a.k.a. Alexis Weiss) and Defendant WALMART INC., by and through their respective attorneys of record, that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE in its entirety and with respect to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear their own costs and attorneys' fees. The Clerk shall close this file and vacate all court dates.

IT IS SO STIPULATED.

Dated: July 24, 2026 CHIZEN LAW, PROFESSIONAL CORPORATION

By: */s/ Steven M. Chizen*
Steven M. Chizen

Attorneys for Plaintiff
ALEXIS GINSBERG

Dated: July 24, 2026 FISHER & PHILLIPS LLP

By: */s/ Elizabeth T. Ferguson*
Jason A. Geller
Juan C. Araneda
Elizabeth T. Ferguson

Attorneys for Defendant
WALMART INC.

**ATTESTATION OF CONCURRENCE IN FILING**

I, Elizabath T. Ferguson, am the ECF user whose ID and password were used to file the foregoing Stipulation and [Proposed] Order. I hereby attest, pursuant to Civil. L.R. 5-1(i)(3), that all signatories herein have reviewed and approve of its contents and concur in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Elizabeth T. Ferguson*
Elizabeth T. Ferguson

**ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs. The Clerk shall close this file and vacate all court dates.

Dated: 7/27/2026

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge